WorkCare®
Making Health Count

# HIPAA Authorization to Release and Disclose Health Information

1. Employee/Patient Name: ______________________ Date of Birth: ____________

2. I hereby authorize ______________________ located at the following address:
(healthcare provider)

______________________________________________________________
(address) (city) (state) (zip) (phone)

to release and disclose all my medical health information (including my medical history diagnostic test results, physical examination findings, treatment plans and any other information related to my mental or physical condition) to WorkCare, an occupational health firm contracted by ______________________ located at
(company)

☒ WorkCare South – 300 S. Harbor Boulevard, Suite 600 / Anaheim, CA 92805 **FAX: (714) 922-1011**

☐ WorkCare North – 1320 Harbor Bay Parkway, #115 / Alameda, CA 94502 **FAX: (510) 748-6915**

☐ WorkCare East – 445 Dolley Madison Road, Suite B / Greensboro, NC 27410 **FAX: (336) 292-8930**

3. My health information may be used or disclosed for the following purposes:
   - To determine my medical qualifications to perform the job duty with my employer
   - To make pre-employment physical determinations
   - To conduct medical surveillance and case management activities for occupational or non-occupational injuries/illnesses
   - To provide treatment and coordination of medical care

4. I understand that I have a right to revoke this authorization at any time by providing written notice to the healthcare provider set forth above. I further understand that the revocation will not apply to information that has already been released pursuant to this authorization.

5. This authorization is effective immediately and shall remain in effect until I am no longer an employee of the employer named above.

6. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I further understand that if I refuse to sign this authorization, WorkCare may not receive necessary medical information and may refuse to provide services contracted by your employer. I understand that if these services are being rendered for occupational health-related purposes, my employment with the employer named above may be adversely affected.

7. I may inspect or copy the information to be used or disclosed. I understand that any disclosure of information carries with it the potential for re-disclosure by the recipient and the information may not be protected by federal confidentiality rules. If I have any questions about disclosures of my healthcare information, I can contact WorkCare at the above office location.

8. I have the right to WorkCare's Notice of Privacy Practices at anytime. I agree that WorkCare has provided me a copy of its Notice of Privacy Practices in either paper form or electronically through its web site at www.workcare.com.

9. I understand that, upon request, I have a right to receive a copy of the authorization form after it has been signed. WorkCare retains the original and/or copy of the form.

Print Employee/Patient Name: ______________________

Signature of Employee/Patient: ______________________ Date: ____________

**Please complete with signature and return to WorkCare at the above fax number.**

EXHIBIT
2


Copyright© by WorkCare™ All Rights Reserved

WorkCare

# HIPAA Authorization to Release and Disclose Health Information

1. Employee/Patient Name: ______________________ Date of Birth: ______________

2. I hereby authorize ______________________ located at the following address:
   *(Healthcare Provider)*

   ______________________________________________
   *(address)* *(city)* *(state)* *(zip)*

   ______________________________________________
   *(phone)* *(fax)*

   to release and disclose medical health information necessary to determine whether an accommodation or exemption in obtaining the Covid-19 Vaccine is appropriate, to WorkCare, an occupational health firm contracted by: ______________________ located at
   *(company)*

   ☒ WorkCare South – 300 S. Harbor Boulevard, Suite 600 / Anaheim, CA 92805 **FAX: (714) 922-1023**

3. My health information may be used or disclosed for the following purposes:
   - To determine my medical accommodations related to the Covid-19 vaccine

4. I understand that I have a right to revoke this authorization at any time by providing written notice to the healthcare provider set forth above. I further understand that the revocation will not apply to information that has already been released pursuant to this authorization.

5. This authorization is effective immediately and shall remain in effect until I am no longer an employee of the employer named above.

6. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I further understand that if I refuse to sign this authorization, WorkCare may not receive necessary medical information and may refuse to provide services contracted by your employer. I understand that if these services are being rendered for occupational health-related purposes, my employment with the employer named above may be adversely affected.

7. I may inspect or copy the information to be used or disclosed. I understand that any disclosure of information carries with it the potential for re-disclosure by the recipient and the information may not be protected by federal confidentiality rules. If I have any questions about disclosures of my healthcare information, I can contact WorkCare at the above office location.

8. I have the right to WorkCare's Notice of Privacy Practices at any time. I agree that WorkCare has provided me a copy of its Notice of Privacy Practices in either paper form or electronically through its web site at www.workcare.com.

9. I understand that, upon request, I have a right to receive a copy of the authorization form after it has been signed. WorkCare retains the original and/or copy of the form.

Print Employee/Patient Name: ______________________________

Signature of Employee/Patient: ______________________ Date: ______________

**Please complete with signature and return to WorkCare at the above fax number.**


Copyright© by WorkCare™ All Rights Reserved