**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **NICOLE C. PETRILA,** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 3:23-cv-00436-N |
| **TEVA PHARMACEUTICALS USA, INC.,** *et al.* | |
| *Defendant.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, Michael A. Yoder, enters his appearance on behalf of Plaintiff Nicole Petrila the above-captioned matter and shall be included on all future correspondence or filings submitted in this action.

Undersigned counsel has become licensed in this district, secured CM/ECF filing credentials for this district and made payments in full satisfaction of the requirements impost by the Court.

Dated: June 30, 2023

Respectfully submitted,

/s/ Michael A. Yoder
Michael A. Yoder
LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (202) 595-4504
Fax: (571) 327-5554
michael@yoderesq.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, the foregoing Notice of Appearance was filed and served electronically upon all parties via the Court's CM/ECF electronic filing system.

/s/ Michael A. Yoder
Michael A. Yoder