**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **NICOLE C. PETRILA** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 3:23-cv-00436-N |
| **TEVA SALES AND MARKETING, INC.,** | |
| *Defendant.* | |

**ERRATA**

Plaintiff Nicole C. Petrila, by and through undersigned counsel, dismissed her case and inadvertently indicated the dismissal was without prejudice. [ECF No. 30]. However, the dismissal follows the parties' mutual agreement to dismiss the action in light of reaching a settlement agreement and therefore, Plaintiff intended for her dismissal to be a dismissal **with** prejudice.

As such, attached hereto as Exhibit 1 is a revised Stipulation of Dismissal signed by both parties, indicating that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties maintain each will bear their own attorney's fees, costs, and expenses in this matter.

Dated: July 19, 2024

Respectfully submitted,

/s/ MICHAEL A. YODER
Michael A. Yoder, Esq.
YODER DREHER PEARSON LLP
2001 L St NW, Suite 500
Washington, D.C. 20036
Tel: (202) 595-4504
Fax: (571) 327-5554
michael@yoderesq.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2024, I caused a copy of the foregoing Errata to be served via the Court's CM/ECF and/or NextGen electronic filing system on all parties of record.

/s/ MICHAEL A. YODER
Michael A. Yoder, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **NICOLE C. PETRILA** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 3:23-cv-00436-N |
| **TEVA SALES AND MARKETING, INC.,** | |
| *Defendant.* | |

<u>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**</u>

The parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action with prejudice in light of the settlement agreement entered into resolving all claims.

The Parties stipulate and agree that each will bear their own attorney's fees, costs, and expenses in this matter.

Dated: July 19, 2024

Respectfully submitted,

/s/ MICHAEL A. YODER
Michael A. Yoder, Esq.
YODER DREHER PEARSON LLP
2001 L St NW, Suite 500
Washington, D.C. 20036
Tel: (202) 595-4504
Fax: (571) 327-5554
michael@yoderesq.com
*Counsel for Plaintiff*


/s/ ALEXANDER V. BATOFF
Alexander V. Batoff
STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

Tel: (215) 496-3827
Fax: (610) 371-8507
alexander.batoff@stevenslee.com

*Counsel for Defendant*